# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

DEMETRIUS WALKER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-2146

_____

March 13, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from Circuit the Court for Hillsborough County; Robin F. Fuson, Judge.

Demetrius Walker, pro se.

PER CURIAM.

Affirmed.

NORTHCUTT, SILBERMAN, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.